**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Mona Amini (SBN 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*
Jennifer Hansen

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER HANSEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GRAVY ANALYTICS, A SUBSIDIARY OF UNACAST, INC.,<br><br>                    Defendant. | Case No.:  4:25-cv-01264-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JENNIFER HANSEN ("Plaintiff") hereby files this Notice of Voluntary Dismissal of the above-captioned consolidated action against Defendant GRAVY ANALYTICS, A SUBSIDIARY OF UNACAST, INC., ("Defendant") without prejudice. Defendant has not yet answered Plaintiff's Complaint nor moved for summary judgment.

Dated: March 5, 2025                                   Respectfully submitted,

                                                                  **KAZEROUNI LAW GROUP, APC**

                                                                  By:  */s/ Abbas Kazerounian*
                                                                  Abbas Kazerounian, Esq.
                                                                  Mona Amini, Esq.
                                                                  245 Fischer Avenue, Unit D1
                                                                  Costa Mesa, California 92626
                                                                  Telephone: (800) 400-6808
                                                                  Facsimile:  (800) 520-5523

                                                                  *Attorneys for Plaintiff*

2
NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, a copy of the foregoing was served by ECF to counsel of record.

By:   */s/ Abbas Kazerounian*
      Abbas Kazerounian